```
 1  BENJAMIN B. WAGNER
    UNITED STATES Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO.  2:08-MJ-109 EFB |
| Plaintiff, | MOTION TO DISMISS COMPLAINT |
| v. | AND [PROPOSED] ORDER |
| JESUS RODRIGUEZ, | |
| Defendant. | |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the complaint for Unlawful Flight to Avoid Prosecution (UFAP) in the above referenced case, MAG No 2:08-MJ-00109 EFB, against defendant Jesus RODRIGUEZ.

DATED: 4/01/13                             BENJAMIN WAGNER
                                           UNITED STATES ATTORNEY


                                      By   /s/Michelle Rodriguez
                                           MICHELLE RODRIGUEZ
                                           Assistant U.S. Attorney

1

**ORDER**

The United States' motion to dismiss without prejudice the underlying UFAP complaint in the above referenced case, MAG No 2:08-MJ-00109 EFB against defendant Jesus RODRIGUEZ is GRANTED.

DATED: April 18, 2013

_____
HON. EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE